# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Alion Science and Technology Corporation ) ASBCA No. 58992
)
Under Contract No. DAAB07-03-D-C213 *et al.* )

APPEARANCE FOR THE APPELLANT: Terry L. Elling, Esq.
Holland & Knight LLP
Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Gregory T. Allen, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 July 2016

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58992, Appeal of Alion Science and Technology Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals